IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:03-CR-00077

WILLIAM H. HART

ORDER

Pursuant to the issuance of the mandate in this case by the United States Court of Appeals for the Fourth Circuit filed in the U. S. District Court on May 17, 2006, the Clerk is directed to correct the original Judgment Order entered on June 15, 2005, to reflect the proper statutory reference and to recirculate a copy of the same to the appropriate parties.

ENTER:

_David A. Faber_
David A. Faber
Chief Judge